

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-17-00421-CR**

**IN RE RICHARD BUTLER**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Richard Butler filed petition for writ of mandamus requesting this Court to order the trial court clerk to forward to him a free copy of the clerk's record and also the reporter's record. A court of appeals has no jurisdiction to issue a writ of mandamus against a trial court clerk or court reporter except to protect or enforce its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding). We dismiss Butler's writ of mandamus against the trial court clerk and court reporter for want of jurisdiction.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed January 3, 2018
[OT06]

